December 4, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ROBERT FIELDS AND JOHN FIELDS, CO-INDEPENDENT EXECUTORS OF THE ESTATE OF JAMES R. FIELDS, DECEASED, Appellants

NO. 14-12-00155-CV                    V.

MARY ELIZABETH LEE  FIELDS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 17, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.